## BOX v. CHICAGO, R. I. & P. RY. CO.

No. 6078.  Opinion Filed March 7, 1916.

(155 Pac. 1144.)

RAILROADS—Right of Way—Failure to Fence—Damages to Crops—Liability. A railroad company is not liable to one owning or occupying land adjoining the railroad right of way for damages to crops incurred from trespassing animals entering on said land by reason of the failure of the railroad company to properly fence its adjacent right of way.

(Syllabus by Mathews, C.)

*Error from Superior Court, Pittsburg County;*
*W. C. Liedtke, Judge.*

Action by J. P. Box against the Chicago, Rock Island & Pacific Railway Company. Judgment for defendant, and plaintiff brings error. Affirmed.

*Wilkinson & Scott* and *Gray & McVay,* for plaintiff in error.

*C. O. Blake, R. J. Roberts, W. H. Moore, J. G. Gamble, K. W. Shartel,* and *Wright & Boyd,* for defendant in error.

Opinion by MATHEWS, C.   The only question presented by the appeal is whether or not a railroad company is liable to one owning or occupying land adjoining the railroad right of way for damages to crops incurred from trespassing animals entering on said land by reason of the failure of the railroad company to properly fence its adjacent right of way.

In the very recent case of *Missouri, O. & G. Ry. Co. v. Webb,* 46 Okla. 740, 148 Pac. 1042, by this court, this exact question was answered in the negative.   For reason and authorities, see that case.

We recommend that the judgment be affirmed.

By the Court:   It is so ordered.